**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

KELLY BLAND, individually and on behalf of
a class of all persons and entities similarly
situated,

        Plaintiff

vs.

LEGALPULSE HUB INC.

        Defendant.

Case No.

2:26-cv-01144

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff Kelly Bland, and respectfully voluntarily dismisses this action,

without prejudice, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(i)

of the FEDERAL RULES OF CIVIL PROCEDURE.

RESPECTFULLY SUBMITTED AND DATED this June 9, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

1

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: June 9, 2026

/s/ Andrew Roman Perrong
Andrew Roman Perrong